IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SHEENA MICKENS-DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11-cv-01522-MLM |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Medler |
| AHMAD Z. AMOZGAR d/b/a | ) | |
| DIRECT RESOURCE CAPITAL and | ) | |
| d/b/a DRCC, | ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, SHEENA MICKENS-DAVIS, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed without prejudice and without costs to any party.

    Respectfully submitted,
    **SHEENA MICKENS-DAVIS**

By:    s/ David M. Marco
       Attorney for Plaintiff

1

2

Dated: January 13, 2012

David M. Marco (Atty. No.: 6273315)
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, Suite 2940
Chicago, IL 60601
Telephone:  (312) 546-6539
Facsimile:  (888) 418-1277
E-Mail:     dmarco@smithlaw.us

2